No. 1203. LEVY, EXECUTRIX, *v.* NATIONAL BATTERY CO. June 1, 1942. Petition for writ of certiorari to the Circuit

698

Court of Appeals for the Eighth Circuit denied. *Mr. Josiah E. Brill* for petitioner. *Mr. E. Glenn Fassett, Jr.* for respondent.